## DECLARATION/VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LEE WATTENBERG, declares under 28 U.S.C. Section 1746, under penalty of perjury under the laws of the United States of America, that:

1. I am the President of the Petitioner herein, L A Apparel, Inc., a/k/a LA Apparel, Inc. I have read the foregoing Petition and know the contents thereof, and the same is true to my own knowledge, except as to the matters alleged upon information and belief, and as to those matters, I believe them to be true. This Declaration/Verification is made by me because the Petitioner is a corporation and I am an officer of the Petitioner.

_____
LEE WATTENBERG

Executed on March 26, 2021 in
New York, New York

13