# EXHIBIT 6

AMERICAN ARBITRATION ASSOCIATION
COMMERCIAL DIVISION
-------------------------------------------------------------------X

STRAIGHT A COMPANY, LP,

                Claimant,           Case No. 01-19-0004-6511

  -against-

LA APPAREL, INC.,

                Respondent.

-------------------------------------------------------------------X

## RESPONDENT'S POST-HEARING MEMORANDUM

Dated: November 23, 2020

| | |
|---|---|
| **Kaufman & Serota, P.C.**<br>**Stuart D. Serota, Esq.**<br>Counsel for Respondent<br><br>5 International Drive – Suite 110<br>Rye Brook, NY 10753<br>212 732-6366<br>stuart@serotalaw.com | **Schlacter & Associates**<br>**Jed R. Schlacter, Esq.**<br>Counsel for Respondent<br><br>450 Seventh Avenue – Suite 1308<br>New York, NY 10123<br>212 695-2000<br>jed@schlacterassociates.com |

# APPENDIX A

## CALCULATION OF PROFIT DISTRIBUTION UNDER AMENDED FORMULA

## FOR 2018

(From: Exhibit C-6; Transcript at 642-661)

| | |
|---|---:|
| Gross Profit (on **Net Sales of $16.442,603**): | $ 3,987,542 |
| Less: royalties, shared expenses | (738,112) |
| Distribution before Profit Reserve and commissions: | 3,249,430 |
| Less 5% Profit Reserve (5% of Net Sales above) | (822,130) |
| **DISTRIBUTION POOL:** | 2,427,300 |

(a) <u>to Straight A</u>
  Greater of:
    6% of adjusted shipments (Net Sales):   986,556.00
      OR
    44.5% of Distribution Pool:   1,080,148.50 [1]

(b) <u>balance of Distribution Pool to LA Apparel</u>

  which is 55.5% of Distribution Pool:   1,347,151.50 [2]

---

[1] Previously paid to Straight A = 978,009.00, so **Balance due to Straight A = 102,139.50**

[2] Previously paid to LA Apparel = 841,662.00, so **Balance due to LA Apparel = 505,489.50**