# EXHIBIT 7

**AMERICAN ARBITRATION ASSOCIATION**
**COMMERCIAL DIVISION**

-----------------------------------------------------------------------X

**STRAIGHT A COMPANY, LP,**

                        **Claimant,**                **Case No. 01-19-0004-6511**

      **-against-**

**LA APPAREL, INC.,**

                        **Respondent.**

-----------------------------------------------------------------------X

## RESPONDENT'S POST-HEARING MEMORANDUM

Dated: November 23, 2020

**Kaufman & Serota, P.C.**
**Stuart D. Serota, Esq.**
Counsel for Respondent

5 International Drive – Suite 110
Rye Brook, NY 10753
212 732-6366
stuart@serotalaw.com

**Schlacter & Associates**
**Jed R. Schlacter, Esq.**
Counsel for Respondent

450 Seventh Avenue – Suite 1308
New York, NY 10123
212 695-2000
jed@schlacterassociates.com

# APPENDIX B

## CALCULATION OF PROFIT DISTRIBUTION UNDER AMENDED FORMULA

## FOR 2019

(From: Exhibit C-4, page 7 "Revised 2-13-2020")

| | |
|---|---|
| Gross Profit (on **Net Sales of $17,201,791**): | $ 3,882,295 |
| Less: royalties, shared expenses (but not commissions) | ( 1,028,969) |
| | ======== |
| Distribution before Profit Reserve and commissions: | 2,853,326 |
| Less 5% Profit Reserve (5% of Net Sales above) | (860,089) |
| **DISTRIBUTION POOL:** | **1,993,237** |

(a) **to Straight A**
    Greater of:
      6% of adjusted shipments (Net Sales):    **1,032,107** [1]
               **OR**
      44.5% of Distribution Pool:    886,990

(b) **balance of Distribution Pool to LA Apparel**

    after Straight A share of 1,032,107:    **961,130** [2]

---

[1] Previously paid to Straight A = 1,032,107, so **Balance due to Straight A = 0.00**

[2] Previously paid to LA Apparel = 863,589, so **Balance due to LA Apparel = 97,541.00**