UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L A APPAREL, INC., <br> a/k/a LA APPAREL, INC., <br><br> Petitioner, <br> v. <br><br> STRAIGHT A COMPANY, LP, <br><br> Respondent. | Case No.: |

### ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD

AND NOW, this _____ day of _____, 2021, upon consideration of the Petitioner's Petition to Confirm Arbitration Award and Enter Judgment Thereon, and any response thereto,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Petitioner's Petition to Confirm Arbitration Award is hereby granted, and the Arbitration Award dated January 5, 2021 as Modified on February 2, 2021 (hereinafter referred to as the "Arbitration Award") is hereby confirmed;

2. Judgment is hereby entered against Respondent Straight A Company, LP in accordance with the Arbitration Award;

3. Respondent, Straight A, shall immediately issue payments, from Concorde Apparel Company L.L.C. to Petitioner, L A Apparel, Inc. ("LA"), for LA's share of the gross operating profits of Concorde Apparel Company, L.L.C. in the sum of $505,489.50 for 2018, and the sum

1

of $527,585.50 for 2019, to which LA is entitled pursuant to the "New Baseline Formula," in accordance with the Arbitration Award;

4. Respondent, Straight A, shall issue payments from Concorde Apparel Company L.L.C. to Petitioner, LA, for LA's share of the gross operating profits of Concorde Apparel Company, L.L.C. for 2020, and each year thereafter, to which LA is entitled pursuant to the "New Baseline Formula," in accordance with the Arbitration Award;

5. Petitioner shall recover the costs and disbursements of this proceeding.

BY THE COURT:

_____
J.