IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

L A APPAREL, INC., a/k/a )
LA APPAREL, INC., )
          )
   Petitioner, )  Civil Action No. 3:21-mc-00285
          )  (Hon. Malachy E. Mannion)
  v. )
          )
STRAIGHT A COMPANY, LP, )
          )
   Respondent. )
------------------------------------------)

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**

**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Petitioner, who is L A Apparel, Inc., a/k/a LA Apparel, Inc., makes the following disclosure:

 1. The Petitioner is a non-governmental corporate party.

 2. There is no parent corporation.

 3. There is no publicly held corporation that holds ten (10%) percent or more of the Petitioner's stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

      /glk/
Gilda L. Kramer, Esq.
Gilda L. Kramer & Associates, LLC
822 Montgomery Ave., Suite 314
Narberth, PA 19072
215-732-4055
215-732-2736 (fax)
gkramer@gildakramer.com
PA 35992

Attorney for Petitioner

April 9, 2021