UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE APPLICATION FOR
ADMISSION TO PRACTICE IN THIS COURT
[for Case No. 3:21-mc-00285(MEM)]

## PETITION

I, Jed R. Schlacter, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 450 Seventh Avenue
New York, NY 101023

Office Telephone: 212 695-2000

I was admitted to practice before the Courts listed below on the dates shown after the name of each Court, and I am currently a member in good standing of all of those Courts.

| | |
|---|---|
| All Courts in the State of New York: | March 15, 1978 |
| USDC Southern District of New York: | March 28, 1978 |
| USDC Eastern District of New York: | April 26, 1978 |
| Second Circuit Court of Appeals: | January 4, 1980 |

My attorney identification number from the State of New York is 1283936.

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date:_____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

---

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

<u>None</u>

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

<u>None</u>

I do not have any disciplinary action, contempt or other proceedings involving me pending before any court.

I am seeking:

Special Admission under Local Rule 83.8.2.1. The basis for my admission under Local Rule 83.8.2.1 is to be able to appear in this Court on behalf of my client, L A Apparel, Inc., a/k/a LA Apparel, Inc., for the specific case captioned "L A Apparel, Inc., a/k/a LA Apparel, Inc., Petitioner, against Straight A Company, LP, Respondent". I represent the Petitioner, L A Apparel, Inc., a/k/a LA Apparel, Inc. The Case Number is 3:21-mc-00285, and the Judge is Malachy E. Mannion.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel

must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Gilda L. Kramer, Esq.

Gilda L. Kramer & Associates, LLC

822 Montgomery Avenue, Suite 314

Narbeth, PA. 19072-1948

215 732-4055

Bar Identification Number: PA 35992

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

*Jed R. Schlacter*

**PETITIONER: Jed R. Schlacter**

1283936; State of New York

(Bar Identification Number and State where admitted)

April 15, 2021

(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

**NAME OF PETITIONER: JED R. SCHLACTER**