UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE APPLICATION FOR
ADMISSION TO PRACTICE IN THIS COURT
[for Case No. 3:21-mc-00285(MEM)]

## PETITION

I, Jed R. Schlacter, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     450 Seventh Avenue
                          New York, NY 101023

Office Telephone:     212 695-2000

I was admitted to practice before the Courts listed below on the dates shown after the name of each Court, and I am currently a member in good standing of all of those Courts.

| | |
|---|---|
| All Courts in the State of New York: | March 15, 1978 |
| USDC Southern District of New York: | March 28, 1978 |
| USDC Eastern District of New York: | April 26, 1978 |
| Second Circuit Court of Appeals: | January 4, 1980 |

My attorney identification number from the State of New York is 1283936.

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date:_____

\_\_X\_\_ SPECIAL ADMISSION:

GRANTED BY THE COURT: *s/ Malachy E. Mannion*     Date: 4/19/21

---

1