# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L A APPAREL, INC., a/k/a | ) | |
| LA APPAREL, INC., | ) | Civil Action No. 3:21-mc-00285 |
|     Petitioner, | ) | (Hon. Malachy E. Mannion) |
| v. | ) | |
| STRAIGHT A COMPANY, LP, | ) | **NOTICE OF APPEARANCE** |
|     Respondent. | ) | |
| ----------------------------------------------) | | |

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as additional counsel to the Petitioner, L A Apparel, Inc., a/k/a LA Apparel, Inc.

I certify that I have been specially admitted to practice in this Court for this case in accordance with the Order entered by this Court on April 19, 2021.

April 26, 2021

    *Jed R. Schlacter*
Jed R. Schlacter, Esq. (JRS-4874)
NY: 1283936
Schlacter & Associates
*Co-counsel to Petitioner, L A Apparel, Inc.*
*a/k/a LA Apparel, Inc.*
450 Seventh Avenue
New York, NY 10123
212 695-2000
Email:  jed@schlacterassociates.com