# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L A APPAREL, INC., a/k/a LA APPAREL, INC., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 21-mc-00285 |
| | : | |
| STRAIGHT A COMPANY, LP, | : | JUDGE MANNION |
| | : | |
| Respondent. | : | ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as co-counsel for Respondent Straight A Company, LP in the above-referenced matter.

                                           Respectfully submitted:

                                           /s/ Daniel T. Brier
                                           Daniel T. Brier (PA ID 53248)
                                           dbrier@mbklaw.com
                                           Brian J. Levy (PA ID 327184)
                                           blevy@mbklaw.com

                                           Attorneys for Respondent,
                                           Straight A Company, LP

Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
570-342-6100

Date:  April 29, 2021

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 29th day of April 2021:

>Gilda J. Kramer, Esquire
>Gilda L. Kramer & Associates, LLC
>822 Montgomery Avenue, Suite 314
>Narberth, PA  19072
>
>Thomas Filardo, Esquire
>Warshaw Burstein, LLP
>575 Lexington Avenue
>New York, NY 10022

>/s/ Daniel T. Brier
>Daniel T. Brier