# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L A APPAREL, INC., a/k/a | ) | |
| LA APPAREL, INC., | ) | Civil Action No. 3:21-mc-00285 |
| Petitioner, | ) | (Hon. Malachy E. Mannion) |
| v. | ) | **STIPULATION & ORDER** |
| STRAIGHT A COMPANY, LP, | ) | |
| Respondent. | ) | |
| ---------------------------------------------) | | |

The undersigned counsel to the parties herein hereby stipulate to the following, regarding the acceptance of service of the Petition to Confirm Arbitration Award and accompanying papers, and a briefing schedule for opposition and reply papers:

1. Counsel for the Respondent, the law firms of Warshaw Burstein, LLP and Myers, Brier & Kelly, LLP hereby acknowledge that they have accepted service of the Petition to Confirm Arbitration Award and Exhibits annexed thereto, Memorandum of Law in support thereof, and Proposed Order, as of April 27, 2021.

2. The Respondent shall file any papers in opposition to the Petition by May 28, 2021.

3. The Petitioner shall file any papers in reply to the Respondent's papers, by June 18, 2021.

Date:  April 29, 2021

*Gilda L. Kramer*
Gilda L. Kramer, Esq.
Gilda L. Kramer & Associates, LLC
*Co-counsel to Petitioner, L A Apparel, Inc. a/k/a LA Apparel, Inc.*
215-732-4055
Email:  gkramer@gildakramer.com

*Jed R. Schlacter*
Jed R. Schlacter, Esq.
Schlacter & Associates
*Co-counsel to Petitioner, L A Apparel, Inc. a/k/a LA Apparel, Inc.*
212-695-2000
Email:  jed@schlacterassociates.com

/s/ Thomas Filardo
Thomas Filardo, Esq.
Warshaw Burstein, LLP
*Co-counsel to Respondent, Straight A Company, LP*
212-984-7700
Email:  tfilardo@wbny.com

/s/ Daniel T. Brier
Daniel T. Brier
Brian J. Levy
*Co-counsel to Respondent, Straight A Company, LP*
570-342-6100
Email:  dbrier@mbklaw.com
Email:  blevy@mbklaw.com