UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L A APPAREL, INC., a/k/a<br>LA APPAREL, INC., | : | |
| | : | |
| Petitioner | | MISC. ACTION NO. 3:21-285 |
| | : | |
| v. | | (JUDGE MANNION) |
| | : | |
| STRAIGHT A COMPANY, LP, | | |
| | : | |
| Respondent | | |

# ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

(1) Petitioner's Petition to Confirm Arbitration Award, (Doc. 1), is **GRANTED** as to its request to confirm the Arbitration Award pursuant to 9 U.S.C.A. §9 and **DISMISSED without prejudice** as to its request to direct Respondent to issue payments from Concorde to Petitioner in the sum of $505,489.50 for 2018 and the sum of $527,585.50 for 2019. Insofar the Petitioner seeks costs and disbursements of this proceeding, the Petitioner is **ORDERED** to submit to the Court, in writing, a motion for attorney's fees and costs, fully supported by appropriate documentation, on or before **December 31, 2022**.

**(2)**   Respondent's Motion to Dismiss, (Doc. 10), is **GRANTED** as to its request to dismiss Petitioner's demand to direct Respondent to issue payments from Concorde to Petitioner in the sum of $505,489.50 for 2018 and the sum of $527,585.50 for 2019 and **DENIED** in all other respects.

**(3)**   Respondent's request for oral argument or further briefing, (Doc. 17), in support of its Motion to Dismiss is **DENIED as moot**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 5, 2022**
21-285-01-ORDER