# *Schlacter & Associates*

*450 Seventh Avenue*
*New York, NY 10123*
*Telephone: (212) 695-2000*
*Fax: (212) 629-5825*
*jed@schlacterassociates.com*

December 28, 2022

**BY ECF**
The Honorable Malachy E. Mannion
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18503

Re:    *L A Apparel, Inc. a/k/a LA Apparel, Inc. v. Straight A Company, LP*
       Case No. 3:21-mc-00285-MEM

Dear Judge Mannion:

This letter is submitted on consent on behalf of Petitioner and Respondent. Your Order and Memorandum dated December 5, 2022 directed the Petitioner to submit a motion for attorneys' fees and costs on or before December 31, 2022.

The parties are trying to resolve all issues between them, and therefore it is respectfully requested, on consent of both parties, that the time for Petitioner to file the motion for attorneys' fees and costs be extended to and including January 10, 2023.

Thank you for your consideration and courtesies, and best wishes for a happy and healthy new year.

Respectfully,

*Jed R. Schlacter*

Jed R. Schlacter (admitted *pro hac vice*)
jed@schlacterassociates.com

JRS/srj
Cc:    all counsel of record via ECF