# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L A APPAREL, INC., | : | |
| a/k/a LA APPAREL, INC., | : | Case No. 3:21-mc-00285 |
| Petitioner, | : | |
| v. | : | |
| STRAIGHT A COMPANY, LP, | : | |
| Respondent. | : | |

## ORDER ON CONSENT EXTENDING TIME TO FILE MOTION

And now, this **5th** day of ~~December 2022~~ **January 2023**, upon consideration of the letter annexed hereto as *Exhibit 1*, whereby the parties hereto have jointly requested that the date for the Petitioner to file its Motion for Attorneys' Fees and Costs, be extended from December 31, 2022 to January 10, 2023, it is hereby

**ORDERED** that the joint request of the parties is granted, and the time for Petitioner to file the Motion for Attorneys' Fees and Costs is hereby extended to and including January 10, 2023.

BY THE COURT:

Malachy E. Mannion, U.S.D.J.