UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **L A APPAREL, INC.,** | : | |
| a/k/a **LA APPAREL, INC.,** | : | **Case No. 3:21-mc-00285** |
| **Petitioner,** | : | |
| | : | |
| v. | : | |
| | : | |
| **STRAIGHT A COMPANY, LP,** | : | |
| **Respondent.** | : | |

_____

**ORDER ON CONSENT EXTENDING TIME TO FILE MOTION**

And now, this _____ day of January 2023, upon consideration of the letter annexed hereto as Exhibit 1, whereby the parties hereto have jointly requested that the date for the Petitioner to file its Motion for Attorneys' Fees and Costs, be extended an additional time from January 10, 2023 to January 20, 2023, it is hereby

**ORDERED** that the joint request of the parties is granted, and the time for Petitioner to file the Motion for Attorneys' Fees and Costs is hereby extended to and including January 20, 2023.

BY THE COURT:

_____

Malachy E. Mannion, U.S.D.J.