# EXHIBIT 1

# Schlacter & Associates

*450 Seventh Avenue*
*New York, NY 10123*
*Telephone: (212) 695-2000*
*Fax: (212) 629-5825*
*jed@schlacterassociates.com*

January 9, 2023

**BY ECF**
The Honorable Malachy E. Mannion
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18503

      Re:    *L A Apparel, Inc. a/k/a LA Apparel, Inc. v. Straight A Company, LP*
              Case No. 3:21-mc-00285-MEM

Dear Judge Mannion:

      This letter is submitted on consent on behalf of Petitioner and Respondent. Your Order and Memorandum dated December 5, 2022 directed the Petitioner to submit a motion for attorneys' fees and costs on or before December 31, 2022. By Consent Order dated January 5, 2023 Your Honor extended the date for filing the Motion to January 10th.

      The parties are still trying to resolve all issues between them, and therefore it is respectfully requested, again on consent of both parties, that the time for Petitioner to file the motion for attorneys' fees and costs be further extended to and including **January 20, 2023**.

      Thank you for your consideration and courtesies, and best wishes for a happy and healthy new year.

                                          Respectfully,

                                          *Jed R. Schlacter*

                                          Jed R. Schlacter (admitted *pro hac vice*)
                                          jed@schlacterassociates.com

JRS/srj
Cc:    all counsel of record via ECF