UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L A APPAREL, INC., | : | |
| a/k/a LA APPAREL, INC., | : | Case No. 3:21-mc-00285 |
| Petitioner, | : | |
| v. | : | |
| STRAIGHT A COMPANY, LP, | : | |
| Respondent. | : | |

**ORDER ON CONSENT HOLDING TIME TO FILE MOTION IN ABEYANCE**

And now, this 6 day of April 2023, upon consideration of the letter annexed hereto as *Exhibit 1*, whereby the parties hereto have again jointly requested that, as settlement between the parties has been reached in principle with final papers being drawn up, the date for Petitioner to file its Motion for Attorneys' Fees and Costs, continue to be held in abeyance to allow for the continued negotiations, it is hereby

**ORDERED** that the joint request of the parties is granted, and the time for Petitioner to file its Motion for Attorneys' Fees and Costs is hereby held in abeyance, for up to 30 days from the date of this Order. In the event a settlement is not finalized within 30 days, then either of the parties may request a conference call with the Court to set a schedule for the filing of the motion, and the opposition and reply thereto.

BY THE COURT:

Malachy E. Mannion, U.S.D.J.