# Schlacter & Associates

*450 Seventh Avenue*
*New York, NY 10123*
*Telephone: (212) 695-2000*
*Fax: (212) 629-5825*
*jed@schlacterassociates.com*

May 6, 2023

**BY ECF**

The Honorable Malachy E. Mannion
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18503

      Re:    *L A Apparel, Inc. a/k/a LA Apparel, Inc. v. Straight A Company, LP*
                Case No. 3:21-mc-00285-MEM

Dear Judge Mannion:

    This letter is submitted on behalf of both parties in the above matter. We are pleased to advise that this matter has been resolved between the parties, and we will be filing an appropriate Stipulation of Discontinuance with Prejudice shortly.

    Thank you for your courtesies and patience.

                                                        Respectfully,

                                                         *Jed R. Schlacter*

                                                         Jed R. Schlacter (admitted *pro hac vice*)
                                                         jed@schlacterassociates.com

JRS/srj
Cc:    all counsel of record via ECF