UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L A APPAREL, INC., a/k/a LA APPAREL, INC., | : : : : | |
| Petitioner, | : : | Case No. 3:21-mc-00285 |
| v. | : : | Judge Mannion |
| STRAIGHT A COMPANY, LP, | : : | |
| Respondent. | : : | Electronically Filed |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no person not a party has an interest in the subject matter of this action, that all claims in this action asserted by either of the parties hereto, be, and the same hereby are, discontinued with prejudice, without costs or attorneys' fees to either party as against the other;

**AND IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and filed with the Clerk of the Court without further notice, and that signatures obtained via facsimile or pdf shall have the same force and effect as original signatures.

1

Dated: May 11, 2023

*Gilda L. Kramer*
Gilda L. Kramer, Esquire
Gilda L. Kramer & Associates, LLC
*Co-Counsel to Petitioner, L A Apparel, Inc.,
a/k/a LA Apparel, Inc.*
822 Montgomery Avenue, Suite 314
Narberth, PA 19072
215-732-4055
gkramer@gildakramer.com

*Jed R. Schlacter*
Jed R. Schlacter, Esquire
Schlacter & Associates
*Co-Counsel to Petitioner, L A Apparel, Inc.,
a/k/a LA Apparel, Inc.*
212-695-2000
jed@schlacterassociates.com

/s/ Daniel T. Brier
Daniel T. Brier, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
570-342-6100
dbrier@mbklaw.com
*Co-Counsel to Respondent, Straight A
Company, LP*

/s/ Thomas Filardo
Thomas Filardo, Esquire
Warshaw Burstein, LLP
*Co-Counsel to Respondent, Straight A
Company, LP*
212-984-7700
tfilardo@wbny.com

SO ORDERED:

_____
JUDGE MALACHY E. MANNION
UNITED STATES DISTRICT JUDGE

Date: 5/15/23

2